# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**LARRY D LEWIS,**

        **Plaintiff,**

**v.**                                                  **Case No:  5:15-cv-275-Oc-28PRL**

**MARION COUNTY SHERIFF'S DEPARTMENT, MARION COUNTY JAIL, THOMAS P THOMPSON, III , MARION COUNTY JUDICIAL CENTER, ADRIAN LEWIS and CHRIS BLAIR,**

        **Defendants.**

_____

# ORDER

This case is before the Court on pro se Plaintiff's Renewed Motion to Proceed In Forma Pauperis (Doc. No. 10).  The United States Magistrate Judge has submitted a report recommending that the motion be denied and the Second Amended Complaint be dismissed.

After an independent *de novo* review of the record in this matter, the Court noting that no objections were made to the Report and Recommendation, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed December 28, 2015 (Doc. No. 13) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Renewed Motion To Proceed In Forma Pauperis (Doc. No. 10) is **DENIED**.

3. Plaintiff's Second Amended Complaint (Doc. No. 12) is dismissed.

4.    The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on January ___, 2016.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Larry D. Lewis

2